IN THE UNITED STATES BANKRUPTCY COURT
IN THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DENISE J. REICHARD, ) | Case No. 17-12901 BLS |
| ) | Chapter 13 |
| Debtor. ) | |

**STIPULATION AND ORDER APPROVING SALE OF REAL ESTATE
LOCATED AT #55 AND #57 SHORT HILLS, CANAL DRIVE, MILLSBORO, DE 19966**

COMES NOW, Denise J. Reichard, by and through her attorney, Christina Pappoulis, Esquire, and the Chapter 13 Trustee, Michael B. Joseph, Esquire, who hereby stipulate and agree to the sale of Debtor's real estate, for the following reasons:

1. Debtor filed a Chapter 13 petition on December 5, 2017;

2. The Debtor's Plan was confirmed on February 26, 2018;

3. Debtor inherited real property located at #55 and #57 Short Hills, Canal Drive, Millsboro, DE 19966 (the "Property");

4. Debtor entered into a contract for the sale of the Property and a sale price of $77,000.00. Debtor avers that this is a fair and reasonable price for this Property.

5. Settlement is scheduled to take place on or before September 12, 2018;

6. Said real Property is not encumbered by a mortgage;

7. Net proceeds from the sale shall be paid as follows: Mortgages, liens, property taxes, and all customary closing costs shall be paid directly at closing. The Chapter 13 Trustee, Michael B. Joseph, Esquires shall receive $47,180.36 of the net proceeds from closing to be held in escrow pending the resolution of the amount to be paid to Ocwen Loan Servicing. The remaining net proceeds shall be disbursed to the Debtor's attorney, Christina Pappoulis, Esquire, to be held in escrow pending resolution of the amount to be paid to Ocwen Loan Servicing. In addition, $500.00

in attorney's fees will be forwarded to Christina Pappoulis, debtor's counsel, for preparation and presentation of the stipulation. The Chapter 13 payoff is subject to review of the Court docket, claims register and final audit by the Chapter 13 Trustee. A copy of the completed HUD-1 statement shall be provided to Debtor's counsel and the Chapter 13 Trustee via facsimile at 656-3660, immediately upon conclusion of settlement;

8. The Sale of the Property is consistent with the Debtor's proposed chapter 13 Plan and is made pursuant to 11 U.S.C. Section 363 and shall be free and clear of all liens and encumbrances except as set forth herein and the Order approving this Stipulation shall take effect immediately upon approval by the Court.

9. The Debtor is in the 7th month of her 60 month pre-confirmed plan;

10. The Plan calls for one hundred percent distribution to unsecured creditors, if any;

11. The net proceeds received from the sale of the Property will yield a higher percentage to be paid to unsecured creditors.

12. The Debtor will file a Modified Plan, if necessary, within 10 days of the sale of the property. The Debtor shall file an Amended Schedule C with regard to exemptions claimed from this sale. Furthermore, any objections to the Ocwen Claim shall be filed within 30 days of the sale.

**WHEREFORE**, Debtor respectfully requests this Honorable Court:

A. Approve the sale of Debtor's real property located at #55 and #57 Short Hills, Canal Drive, Millsboro, DE 19966, free and clear of all liens and encumbrances with all such liens attaching to the proceeds as forth herein; and

B. Grant such other and further relief that this Court may deem appropriate and proper.

*Michael B. Joseph, Esq*  
Michael B. Joseph, Esquire  
824 Market Street, Suite 905  
P.O. Box 1350  
Wilmington, DE 19899  
Chapter 13 Trustee  
Dated:

*Christina Pappoulis, Esq*  
CHRISTINA PAPPOULIS, Esquire  
5307 Limestone Road, Suite 103  
Wilmington, DE 19803  
Debtor's Attorney  
Dated:

SO ORDERED this _____ day of _____, A.D. 2018.

_____  
UNITED STATES BANKRUPTCY COURT