IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
DENISE REICHARD                                                              : Bk. Case No: 17-12901BLS
Debtor.                                                                              : Chapter 13

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Fed. Bankr. Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** OCWEN LOAN SERVICING                                **Court claim No.** 003

**Last four digits** of any number used to identify the debtor's account:                                0911

| **Final Cure Amount** | |
|---|---|
| | **Amount of Prepetition Mortgage Arrearage** $42,267.32 |
| | Amount Paid by Trustee $42,267.32 |
| All post-petition mortgage payments, as supplemented, are current. | |

| **Monthly ongoing Mortgage Payment** | | |
|---|---|---|
| Mortgage is paid directly by the debtor | Yes X | No __ |
| Within 21 days of the service of this Notice the debtor must file Local Form 104 | | |

     Within 21 days of the service of this Notice, the creditor must file and serve on the debtor, debtor's counsel and the trustee, a statement as required under Fed. Bankr. Rule 3002.1(g), indicating whether it agrees that the debtor has paid in full the amount required to cure the default and whether, consistent with Sec. 1322(b)(5) the debtor is otherwise current on all payments.  The statement should itemize the required cure or postpetition amounts, if any, that the holder contends remain unpaid as of the date of the statement.

Dated: 11-14-18

                                          /s/ Michael B. Joseph
                                          Michael B. Joseph, Esquire
                                          824 N. Market Street, Suite 1002
                                          P.O. Box 1350
                                          Wilmington, Delaware 19899-1350
                                          302-656-0123
                                          Chapter 13 Trustee

**TRUSTEE'S CERTIFICATE OF SERVICE**

I, Michael B. Joseph, Esquire, Chapter 13 Trustee of the within estate, do hereby certify that on this 14th day of November, 2018, I caused one copy of the within Notice of Final Cure Payment and Completion of Plan Payments to be served by United States Mail, Postage Prepaid, to the following:

DENISE REICHARD
4 IVY LANE
NEW CASTLE, DE  19720

NINA PAPPOULIS, ESQUIRE
BLAKELY GREGORY & PAPPOULIS
5307 LIMESTONE ROAD, SUITE 103
WILMINGTON, DE 19808

OCWEN LOAN SERVICING
ATTN: BANKRUPTCY DEPARTMENT
1661 WORTHINGTON ROAD, SUITE 100
WEST PALM BEACH, FL 33409

/s/ Michael B. Joseph
Michael B. Joseph, Esquire
824 N. Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Chapter 13 Trustee