IN THE UNITED STATES BANKRUPTCY COURT
IN THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DENISE J. REICHARD, | ) Case No. 17-12901 BLS |
| | ) Chapter 13 |
| Debtor. | ) |

### ORDER FOR CERTIFICATION OF COUNSEL
### REGARDING NOTICE OF FINAL CURE

AND NOW this 26th day of June, 2019, it is hereby ORDERED as follows:

1. With regard to the claim of Deutsche Bank National Trust Company, as Trustee and serviced by Ocwen Loan Servicing, as evidenced by Proof Of Claim #3, for property located at 4 Ivy Lane, New Castle, DE, the Debtor has fully performed her obligations under the Plan and has fully performed as required to cure all pre-petition arrears, paid all pre-petition mortgage payments, fees, charges, assessments, and escrows, due through, and including the date of the Interim Account;

2. At the time the Response to the Interim Account was filed, the Debtor may have been due for the post-petition payment for November 2018;

3. The account is now post-petition current;

4. The Debtor has fully performed her obligations with regard to paying all post-petition mortgage payments, fees, charges, assessments and escrows due through and including the date of the Interim Account and this Mortgage shall be deemed current through the date of this Order.

5. Debtor is entitled to receive a Chapter 13 Discharge.

_____
U.S. BANKRUPTCY COURT JUDGE